IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


UNITED STATES OF AMERICA
ex rel. RAYMOND BURK                                                      PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:05-CV-629-DPJ-LRA

AKAL SECURITY, INC., d/b/a AKAL
SECURITY SERVICES and JOHN DOE
INDIVIDUALS and CORPORATIONS 1-25                              DEFENDANTS

---

CORPORATE DISCLOSURE STATEMENT
OF AKAL SECURITY, INC.

---

Akal Security, Inc. hereby sets forth its Corporate Disclosure Statement, as follows:

Unto Infinity LLC - Akal Security's parent company.

No publicly held company owns 10% or more of Akal Security, Inc.'s stock.


RESPECTFULLY SUBMITTED this 4th day of October, 2006.

AKAL SECURITY, INC.
d/b/a AKAL SECURITY SERVICES



By:      /s/ Kenneth E. Milam
         KENNETH E. MILAM (MSB #3261)
         WATKINS & EAGER PLLC
         400 EAST CAPITOL STREET, SUITE 300
         POST OFFICE BOX 650
         JACKSON, MISSISSIPPI 39205-0650
         TELEPHONE: (601) 948-6470
         FACSIMILE:  (601) 354-3623


753982.1

**JULIA M. RENDON (TXSB # 24014661)**
**JAMES E. PERSCHBACH (TXSB # 00797236)**

**BRACEWELL & GIULIANI LLP**
**800 One Alamo Center**
**106 South St. Mary's Street**
**San Antonio, Texas 78205-3603**
**Telephone:  (210) 226-1166**
**Facsimile:  (210) 226-1133**

**ATTORNEYS FOR AKAL SECURITY, INC.**
**d/b/a AKAL SECURITY SERVICES**

## CERTIFICATE OF SERVICE

I, **KENNETH E. MILAM**, do hereby certify that on October 4, 2006, I electronically filed the foregoing *Corporate Disclosure Statement of Akal Security, Inc.* with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Grover Clark Monroe, II
gcmonroe@dunbarmonroe.com

Michael Justin Friedman
Michael.Friedman@usdoj.gov

Counsel of Record for Plaintiff

And, I  hereby certify that I have served via hand-delivery, a copy of the foregoing to the following non-ECF participants:

(No manual recipients)

_____/s/ Kenneth E. Milam_____
**KENNETH E. MILAM**