UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA
ex rel. RAYMOND BURK                                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:05-CV-00629-DPJ-LRA

AKAL SECURITY, INC. d/b/a AKAL
SECURITY SERVICES and JOHN DOE INDIVIDUALS
and CORPORATIONS 1-25                                                                        DEFENDANTS

## NOTICE OF SERVICE

TO:   All Counsel of Record

NOTICE is hereby given that the Plaintiff has served in the above-styled action the following:

(X)   **PLAINTIFF'S PRE-DISCOVERY DISCLOSURE OF CORE INFORMATION**

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

This the 7TH day of November, 2006.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
> ex rel RAYMOND BURK
>
> By His Attorneys
>
> DUNBARMONROE, PLLC
>
>  /s/ David C. Dunbar
> David C. Dunbar
> W. Joseph "Joey" Wiggins

1

OF COUNSEL:

David C. Dunbar (MSB # 6227)
W. Joseph Wiggins (MSB#101484)
DUNBARMONROE, PLLC
1855 Lakeland Drive, Suite R201
Jackson, MS 39216
(601)366-1805 Office
(601)366-1885 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing *Notice of Service* with the Clerk of the Court using the ECF system which sent notification to the following:

James Perschbach, Esq.
Julia M. Rendon, Esq.
james.perschbach@bracewellgiuliani.com
julia.rendon@bracewellgiuliani.com

Kenneth Milam, Esq.
kemilam@watkinseager.com

Michael Friedman, Esq.
Michael.Friedman@usdoj.gov


THIS the 7TH day of November, 2006.

       /s/ David C. Dunbar
      David C. Dunbar
      W. Joseph Wiggins