**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA,**
**ex rel. Raymond Burk**                                                                          **PLAINTIFF**

**VS.**                                                               **CIVIL ACTION NO. 3:05CV629JA**

**AKAL SECURITY, INC., d/b/a Akal**
**Security Services**                                                                                   **DEFENDANT**

## ORDER

This matter, which involves claims against a contractor that has provided services to the Government, came before the court on the Relator's Motion to Bifurcate. His Complaint specifically alleges fraud in billing for security services provided at the federal courthouse in Jackson, Mississippi. However, the Complaint also states, "The United States believes that this sort of conduct has occurred and has been encouraged in other U.S. Court Divisions . . . ." A Case Management Conference was held in December, 2006, and this matter has been set for trial in December of this year.

The Motion to Bifurcate is, in essence, a statement of the Relator's intent to pursue claims in other jurisdictions if information confirms his belief that wrongdoing has occurred at other locations. He "moves this Court for an Order limiting the issues in this cause and restricting the initial determination to the Southern District of Mississippi . . . ." As the only specific claims in the Complaint, as well as the statement of damages, are based solely on activity in the Southern District, that limitation already exists, which was the premise upon which this matter was set for trial in December, 2007 . Thus, at this juncture, the Motion is premature and should be denied. This denial

is without prejudice to the Relator's moving to expand his case to activities in other jurisdictions if the discovery so warrants.

IT IS, THEREFORE, ORDERED that the Relator's Motion to Bifurcate is hereby **denied**.

IT IS SO ORDERED, this the 23rd day of January, 2007.

S/Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE