THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* RAYMOND BURK<br><br>Plaintiff,<br><br>v.<br><br>AKAL SECURITY INC., d/b/a AKAL<br>SECURITY SERVICES and JOHN DOE<br>INDIVIDUALS and CORPORATIONS 1-25<br><br>Defendant. | Civil Action No.<br>3:05-CV-629 WHB-AGN<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator Raymond Burk ("Relator"), the United States of America ("United States") and Akal Security, Inc. hereby file this stipulation of dismissal with prejudice.

The United States consents to dismissal, which follows execution of a written settlement agreement. 31 U.S.C. § 3730(b)(1). The Relator stipulates that the settlement agreement is fair, adequate, and reasonable under all the circumstances. 31 U.S.C. § 3730(c)(2)(B).

1

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

  /s/ Michael J. Friedman
Joyce R. Branda
Dodge Wells
Michael J. Friedman
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044

ATTORNEYS FOR THE UNITED STATES


  /s/ David Dunbar
David Dunbar
Dunbar Monroe, PLLC
1855 Lakeland Drive
Suite R-201
Jackson, MS 39216

ATTORNEY FOR RELATOR RAYMOND BURK


  /s/ Thomas O. Mason
Thomas O. Mason, Esq.
Francis E. Purcell, Jr., Esq.
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, VA 22102

Kenneth E. Milam (MSB #3261)
WATKINS & EAGER PLLC
400 East Capitol Street, SUITE 300
Post Office Box 650
Jackson, MS 39205-0650

ATTORNEYS FOR DEFENDANT AKAL SECURITY, INC.